*NEW-YORK. Dec. 1822,*

*The People vs. Deb'rah Smith*

---

## The People *vs.* Deborah Smith. *Grand Larceny*:

DEBORAH SMITH was indicted for a grand larceny, for stealing from the dwelling house of Elkanah Smith, a Merino Shawl, valued at thirty dollars, on the 2d of December, 1822.

The proof against the prisoner was positive and satisfactory as to the felonious taking, it being found upon her, &c. The shawl was sworn to be worth more than twenty-five dollars by Miss Smith.

The jury immediately returned a verdict against her, which was recorded ; one or two of the jury expressed their disapprobation of the verdict, and thought the shawl could not be worth twenty-five dollars, in which case the crime would only amount to a petit larceny.

The Court asked the District Attorney if he would consent that the jury should re-consider their verdict. He replied in the affirmative.

Miss Smith was again called, who testified as before, that the shawl was worth more than twenty-five dollars.

*In a prosecution for grand larceny after the verdict is recorded, but before the jury have left the box, they may, by consent of the District Attorney and the prisoner, hear witnesses to as certain. the value of the article stolen, and re-consider their verdict, whether grand or petit larceny.*

NEW-YORK, She had given thirty dollars, and it was nearly as good as
Dec. 1822.
new, and would not take that for it.

The People     One of the jurymen being a Merchant, was sworn, who
vs.
Susan Rankin testified that red merino shawls, as good as the one now

before the Court, could be bought for thirty dollars new,
that the shawl was not, in his opinion, worth more than
sixteen dollars.

Upon this evidence the jury again passed upon the case,
and a verdict of Petit Larceny was entered against the
prisoner.